Kevin D. Swartz, WSBA #32609
Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
(503) 362-9393

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON IN TACOMA

| | |
|---|---|
| IN RE:<br><br>Steven Scott Stanley,<br>Bettina Lynn Stanley,<br><br>        Debtors,<br><br>Steven Scott Stanley,<br>Bettina Lynn Stanley,<br>        Plaintiffs,<br>        v.<br><br>HSBC Mortgage Services,<br>        Defendant. | Case No. 10-46874-bdl13<br>Adv. Proc. No.<br><br>COMPLAINT |

Plaintiffs, Steven and Bettina Stanley, by and through their attorney, Kevin D. Swartz, allege the following:

1.

This Adversary Proceeding is one arising out of the debtors' bankruptcy case number 10-46874-bdl13, filed under Chapter 13 of Title 11, now pending in this Court. This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. § 157, § 1334, and 11 U.S.C. § 523(b). This is a core proceeding under 28 U.S.C. § 157(b).

2.

Page 1 -  COMPLAINT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 10-04372-PBS    Doc 1    Filed 11/12/10    Ent. 11/12/10 15:00:14    Pg. 1 of 3

Defendant, HSBC Mortgage Services, herein after HSBC, is authorized to conduct business under the laws of the United States.

3.

Debtors filed Chapter 13 bankruptcy on August 20, 2010.

4.

Plaintiffs-debtors listed an interest in real property on Schedule A, legal description:

> ALL THAT CERTAIN PROPERTY SITUATED IN THE COUNTY OF PIERCE AND STATE OF WASHINGTON, BEING DESCRIBED AS FOLLOWS: LOT1, BLOCK 3, MOUNT-NARROW FIRST ADDITION, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 21 OF PLATS, PAGE 22, IN PIERCE COUNTY WASHINGTON.

commonly known as 7402 South 15th Street, Tacoma, WA 98465, with a value of $268,000.00. See attached Exhibit A – CMA. The real property is situated in Pierce County, Washington. This interest in real property is an interest of the bankruptcy estate.

5.

There are two secured claims against Plaintiffs' real property: MBNA America (Delaware), N.A., hereinafter MBNA, in the amount of $337,851.19, see attached Exhibit B – POC MBNA, and HSBC in the amount of $59,608.60, see attached Exhibit C – POC HSBC.

6.

The first lien of MBNA is a consensual promissory note secured by a deed of trust against the real property. The deed of trust was duly and properly recorded. The deed of trust exists in the first position, and is superior to the second lien of HSBC.

7.

The second lien of HSBC arises out of a consensual promissory note secured by a deed of trust against the real property. The deed of trust was duly and properly recorded. The deed of trust exists in second position and is junior to the first lien of MBNA.

8.

Page 2 - COMPLAINT

**Olsen, Olsen & Daines, LLC**
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 10-04372-PBS    Doc 1    Filed 11/12/10    Ent. 11/12/10 15:00:14    Pg. 2 of 3

The value of the property does not exceed the amount owed on the first lien to MBNA.

9.

Pursuant to 11 U.S.C. § 506(a), the Court may bifurcate the value of the creditor's interest in the estate's interest in the property into a secured claim and unsecured claim. HSBC's second lien interest in the real property is a wholly unsecured claim.

10.

Pursuant to 11 U.S.C. § 1322(b)(2), plaintiffs may, in their plan, modify the rights of holders of unsecured claims.

WHEREFORE, plaintiffs pray for relief as follows:

1. That the value of the real property is found to be $268,000.00 AND
2. That HSBC's second lien interest in the real property is a wholly unsecured claim AND
3. Requiring HSBC to execute such documents as are necessary to remove their lien from the property records of Pierce County, Washington unless plaintiffs' Chapter 13 is dismissed or converted to a proceeding under another Chapter of Title 11 of the United States Code AND
4. For plaintiffs' costs and disbursements incurred herein AND
5. For such other relief as the Court deems appropriate.

DATED this 12th day of November, 2010.

By /s/ Kevin D. Swartz
Kevin D. Swartz, WSBA #32609
Attorney for Plaintiffs

Page 3 - COMPLAINT

**Olsen, Olsen & Daines, LLC**
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 10-04372-PBS    Doc 1    Filed 11/12/10    Ent. 11/12/10 15:00:14    Pg. 3 of 3