Kevin D. Swartz, WSBA #32609
Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
(503) 362-9393

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:

Steven Scott Stanley,
Bettina Lynn Stanley,

        Debtors,

Steven Scott Stanley,
Bettina Lynn Stanley,

        Plaintiffs,
  v.
HSBC Mortgage Services, Inc
        Defendant.

Case No. 10-46874-pbs13
Adv. Proc. No. 10-04372-pbs

DEFAULT JUDGMENT

This matter having come before the Court on Plaintiffs' Motion for a Default Order and Judgment and the Court having found Defendant, HSBC Mortgage Services, Inc., in default;

JUDGEMENT IS HEREBY ENTERED AGAINST DEFENDANTS AS FOLLOWS:

1. That the value of the real property is found to be $268,000.00 AND

2. Plaintiff-debtors listed an interest in real property on Amended Schedule A,

ALL THAT CERTAIN PROPERTY SITUATED IN THE COUNTY OF PIERCE AND STATE OF WASHINGTON, BEING DESCRIBED AS FOLLOWS: LOT1, BLOCK 3, MOUNT-NARROW FIRST ADDITION, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 21 OF PLATS, PAGE 22, IN PIERCE COUNTY WASHINGTON.

1 – DEFAULT JUDGMENT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 10-04372-PBS    Doc 12    Filed 01/13/11    Entered 01/13/11 10:25:10    Page 1 of 2
Case 10-04372-PBS    Doc 13    Filed 01/18/11    Ent. 01/18/11 08:33:53    Pg. 1 of 2

commonly known as 7402 South 15th Street, Tacoma, WA 98465.

3. That Defendant's second lien interest in the real property is a wholly unsecured claim.

4. For such other relief as the Court deems appropriate.

5. If Debtors' case is dismissed or converted to a Chapter 7 bankruptcy, Defendant's subject lien shall be reinstated as a lien against Debtors' property pursuant to the provisions of 11 U.S.C. §§348 and 349.

JAN 16 2011

_____
The Honorable Paul B. Snyder
United States Bankruptcy Judge

Presented by:

/s/ Kevin D. Swartz
Kevin D. Swartz, WSB #32609
Attorney for Plaintiff

2 – DEFAULT JUDGMENT

Olsen, Olsen & Daines, LLC
PO Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Facsimile (503) 362-1375

Case 10-04372-PBS    Doc 12    Filed 01/13/11    Entered 01/13/11 10:25:10    Page 2 of 2
Case 10-04372-PBS    Doc 13    Filed 01/18/11    Ent. 01/18/11 08:33:53    Pg. 2 of 2